UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

In re:                              }
                                    }
MARTIN G. OCHOA, JR.                }     Case No. 09-70131 -RBK
and MORAYMA B. OCHOA                }        (Chapter 13)
                                    }
      Debtors                       }

$2762.19

#70012821

## ORDER AUTHORIZING PAYMENT OF UNCLAIMED FUNDS TO THE COURT

The application of Gary Norwood, Chapter 13 Trustee, to pay to the Court the following unclaimed monies of the captioned estate remaining in the Trustee's account, due to the failure of the Creditor to negotiate check(s) to it as hereinafter described, is sustained:

| Name of Party | Address | Amount of Check |
|---|---|---|
| Compass Bank | c/o Matthew Taplett<br>306 W 7th St #901<br>Ft Worth TX 76102 | $2,762.19 |

The Trustee is authorized to pay said monies to the Clerk of the United States Bankruptcy Court pursuant to 11 U.S.C. Section 347.

DATED: 3/18, 2010.

FOR THE COURT

By: CDean
    Deputy Clerk

FILED
MAR 1 8 2010
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| In re: | } |
| | } |
| MARTIN G. OCHOA, JR. | } Case No. 09-70131 -CAG |
| and MORAYMA B. OCHOA | } (Chapter 13) |
| | } |
| Debtors | } |

## TRANSMITTAL OF UNCLAIMED FUNDS

TO THE HONORABLE JUDGE CRAIG A. GARGOTTA:

COMES NOW Gary Norwood, Chapter 13 Trustee in the captioned bankruptcy case, and would respectfully show the Court as follows:

1. Ninety (90) days have passed since the final distribution under 11 U.S.C. Section 1326 was made in this case. Payment on all checks remaining unpaid has been stopped. The names of the persons and/or entities to whom such distribution checks were issued, their last known addresses, and the amount of each check are:

| Name of Party | Address | Amount of Check |
|---|---|---|
| Compass Bank | c/o Matthew Taplett<br>306 W 7th St #901<br>Ft Worth TX 76102 | $2,762.19 |

2. The Trustee's check in the amount of $2,762.19 payable to the United States Bankruptcy Clerk is attached to this report and list.

Respectfully submitted this 18th day of March, 2010.

GARY NORWOOD
CHAPTER 13 TRUSTEE
Post Office Box 2331
Midland TX 79702-2331
Telephone: (432) 686-9452
Facsimile: (432) 686-9460

By: _____
Gary Norwood