# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
MIDLAND **DIVISION**

**IN RE:**

Martin G. Ochoa and Morayma B. Ochoa
**Debtor**

09-70131-CAG
**Bankruptcy Case No.**

## APPLICATION FOR PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS

Comes now the Claimant identified below, to make application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further shows that Claimant is:

NAME OF CLAIMANT ___Compass Bank_____

MAILING ADDRESS ___c/o Mike Lewis,    2525 Ridgmar Blvd., #200, Fort Worth, TX_____

_____ZIP CODE___76116_____

PHONE NUMBER  (817 )___862-2130_____

and that a dividend in the amount of $ __2,762.19_____ was awarded in this case to the Claimant, which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies under penalty of perjury that all statements made by Claimant on this application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

DATE __10 - 20 - 10__

_____
**CLAIMANT'S SIGNATURE**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I mailed a copy of the Application for Payment of Dividend from Unclaimed Funds to the following via United States, First Class Mail on this the $26$ day of October, 2010:

United States Attorney
Midland Division
400 West Illinois Street, Ste. 1200
Midland, TX  79701

Gary Norwood, Trustee
P. O. Box 2331
Midland, Texas  79702-2331

Alvaro Martinez, Jr.
1703 N. Big Spring
Midland, Texas  79701

Matthew T. Taplett

P \Compass Bank\Ochoa, Martin\Certificate of Service.doc

CERTIFICATE OF SERVICE                                                    SOLO PAGE



S. Scott Sargent
Senior Corporate Counsel

Scott.Sargent@bbvacompass.com

Legal Department
15 S. 20th Street
Suite 1802
Birmingham, AL 35233
Phone 205-297-3880
Fax 205-297-3043

## CERTIFICATE OF THE SENIOR CORPORATE COUNSEL AND ASSISTANT SECRETARY

I, S. Scott Sargent, as Senior Corporate Counsel and Assistant Secretary of Compass Bank, hereby certify that Michael Lewis is a Senior Vice President of Compass Bank and is authorized to execute instruments on behalf of Compass Bank in accordance with the following provision of the Restated By-Laws of Compass Bank, dated as of July 29, 1994 (the "By-Laws"):

Section 17. *Execution of Instruments*. The Chairman, any Vice Chairman, the President and any Vice President are authorized, in their discretion, and to the extent permitted herein and by law, to do and perform any and all corporate and official acts in carrying on the Bank's business, including, but not limited to, the authority to make, execute, acknowledge and deliver all deeds, mortgages, releases, bills of sale, assignments, transfers, leases, powers of attorney or of substitution, proxies to vote stock, or any other instrument in writing that may be necessary in the purchase, sale, lease, assignment, transfer, management or handling in any way of property of any description held or controlled by the Bank, in any capacity. This shall include authority from time to time to borrow money in such amounts, for such lengths of time, at such rates of interest and upon such terms and conditions as any said officer may deem proper, and to evidence the indebtedness thereby created by executing and delivering in the Bank's name promissory notes or other appropriate evidences of indebtedness. The enumeration herein of particular powers shall not restrict in any way the general powers and authority of said officers. The Board may authorize any other officer or officers or agent or agents to enter into any contract or execute and deliver any instrument in the name of and on behalf of the Bank, and such authority may be delegated by the person so authorized; but unless so authorized by the Board or these By-Laws, no officer, agent or employee shall have any power or authority to bind the Bank by any contract or engagement or to pledge its credit or to render it liable for any purpose or to any amount. In addition, the Treasurer, the Secretary or any Vice President, Assistant Treasurer or Assistant Secretary is authorized to attest the signature of any authorized officer and to affix the corporate seal to any and all instruments requiring such attestation or execution under seal.

I further certify that the foregoing is a true and exact excerpt from the By-Laws of Compass Bank and that said provision remains in full force and effect as the date hereof.

Done as of this 7th day of October, 2010.

(SEAL)

S. Scott Sargent
Sr. Corporate Counsel and Assistant Secretary

